IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNIQUE BARKSDALE PLAINTIFF

V. CIVIL ACTION NO.4:25-CV-150-DMB-DAS

SAFECO INSURANCE COMPANY
OF AMERICA DEFENDANT

ORDER STAYING MOTIONS DEADLINE

On September 4, 2026, this court entered an order granting Safeco Insurance Company's Motion to Strike Plaintiff's Expert Designation. Doc. 65. Plaintiff promptly submitted her objections to the court's order, appealing the decision to the district judge. Doc. 66. She simultaneously moved to stay the decision during the pendency of her appeal. Doc. 70.

Local Uniform Civil Rule 72(a)(2) provides

> A magistrate judge's ruling or order is the court's ruling and will remain in effect unless and until reversed, vacated, modified, or stayed. The filing of a motion for reconsideration does not stay the magistrate judge's ruling or order, and no such stay occurs unless ordered by the magistrate judge or a district judge. A stay application must first be presented to the magistrate judge who issued the ruling or order.

While Rule 72(a)(2) contemplates staying the court's order during reconsideration, Plaintiff's motion is effectively asking the court to stay the proceedings because of the impact the court's September 4, 2026 Order has on the parties' dispositive motions practice. The order striking Plaintiff's expert designation does not compel any action such that a stay is practicable, rather it precludes the Plaintiff's use of expert testimony which would undoubtedly impact her ability to defend a dispositive motion, should Safeco so move.

The parties' discovery deadline expired on September 18, 2026, and the motions deadline is October 2, 2026. Doc. 58. Considering the procedural posture of this case and the impact of

this court's decision on Plaintiff's use of expert testimony on dispositive motions proceedings, the court finds a stay is warranted, but only of the parties' motions deadline.[1]

SO ORDERED, this the 25th day of September, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's deadline to fully respond to Safeco's discovery requests set forth in the court's Order granting Safeco's Motion to Compel [82] is not stayed.